Petition for Writ of Mandamus Denied and Opinion filed September 5, 2002









Petition for Writ of Mandamus Denied and Opinion filed
September 5, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00845-CV

____________

 

IN RE RAUL RIVAS, TECHNICAL ROOFING
SYSTEM and 

TECHNICAL CONSTRUCTION SERVICES, INC., Relators

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

O P I N I O N

On August 16, 2002, relator
filed a petition for writ of mandamus in this Court seeking to compel the Hon.
Caroline E. Baker, Judge of the 151st District Court of Harris County, to
vacate her ruling of June 10, 2002, granting the real party in interest=s motion for judgment nunc pro tunc.  See Tex.
Gov=t. Code Ann. ' 22.221;  see also Tex. R. App. P. 52.

We deny relator=s petition for writ of mandamus.

PER CURIAM

 

Petition Denied
and Opinion filed September 5, 2002.

Panel consists of
Chief Justice Brister and Justices Hudson and Fowler

Do Not Publish ‑ Tex. R. App. P. 47.3(b).